**Order entered February 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01554-CV

**WALTER S. MITCHELL III, Appellant**

**V.**

**DALLAS COUNTY ET AL, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 10-02171**

## ORDER

We **GRANT** appellant's February 1, 2013 motion for an extension of time to file a brief.

Appellant shall file his brief on or before February 15, 2013.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE